UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROMERO MONTE THOMAS-EL,
#684159,

    Plaintiff,                               Civil Action No. 20-CV-10128

vs.                                       HON. BERNARD A. FRIEDMAN

DOUGLAS SMITH, et al.,

    Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        This matter is presently before the Court on plaintiff's motion for a default judgment (ECF. No. 87). Magistrate Judge David R. Grand has issued a Report and Recommendation ("R&R") in which he recommends that this motion be denied. No party has objected to the R&R, and the objection period has expired.

        The Court has reviewed plaintiff's motion and the R&R, and agrees with the magistrate judge's analysis and recommendation. Accordingly,

        IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the Court [ECF No. 98].

        IT IS FURTHER ORDERED that plaintiff's motion for default judgment is denied. [ECF No. 87]

                                                       s/Bernard A. Friedman
Dated: July 9, 2021                       BERNARD A. FRIEDMAN
    Detroit, Michigan                SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 9, 2021.

Romero Monte Thomas #684159  
Baraga Maximum Correctional Facility  
13924 Wadaga Road  
Baraga, MI 49908

s/Johnetta M. Curry-Williams  
Case Manager