UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROMERO MONTE THOMAS-EL,
#684159,

    Plaintiff,                                       Civil Action No. 20-CV-10128

vs.                                            HON. BERNARD A. FRIEDMAN

DOUGLAS SMITH, et al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on defendants' motion for summary judgment (ECF. No. 46). Magistrate Judge David R. Grand has issued a Report and Recommendation ("R&R") in which he recommends that this motion be denied. No party has objected to the R&R, and the objection period has expired.

The Court has reviewed defendants' motion, plaintiff's response, defendants' reply, and plaintiff's sur-reply, and agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the Court [ECF No. 100].

IT IS FURTHER ORDERED that defendants' motion for summary judgment is denied [ECF No. 46]

Dated: July 15, 2021
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 15, 2021.

Romero Monte Thomas #684159
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

s/Johnetta M. Curry-Williams
Case Manager