UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROMERO MONTE THOMAS,
#684159,

    Plaintiff,                                        Civil Action No. 20-CV-10128

vs.                                               HON. BERNARD A. FRIEDMAN

DOUGLAS SMITH, et al.,

    Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR A
PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING ORDER**

        This matter is presently before the Court on plaintiff's motion for a preliminary injunction and a temporary restraining order (ECF No. 91).  Magistrate Judge David R. Grand has issued a Report and Recommendation ("R&R") in which he recommends that this motion be denied.  No party has filed objections to the R&R, and the objection period has expired.  Having reviewed the motion papers and the R&R, the Court agrees with the magistrate judge's analysis and recommendation.  Accordingly,

        IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the Court [ECF No. 105].

        IT IS FURTHER ORDERED that plaintiff's motion for a preliminary injunction and a temporary restraining order is denied [ECF No. 91].

                                                     s/Bernard A. Friedman
Dated: July 29, 2021                      BERNARD A. FRIEDMAN
Detroit, Michigan                 SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 29, 2021.

| | |
|---|---|
| Romero Monte Thomas #684159<br>Baraga Maximum Correctional Facility<br>13924 Wadaga Road<br>Baraga, MI 49908 | s/Johnetta M. Curry-Williams<br>Case Manager |